**Opinion issued January 31, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00867-CV

————————————

**CITY OF HUNTERS CREEK VILLAGE, TEXAS, Appellant**

**V.**

**THE CITY OF PINEY POINT VILLAGE, TEXAS, BY AND THROUGH THE CITY COUNCIL OF PINEY POINT VILLAGE, TEXAS, AND LEE BUTLER IN HIS OFFICIAL CAPACITY AS MAYOR OF THE CITY OF PINEY POINT VILLAGE, TEXAS, Appellees**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-03491**

---

## MEMORANDUM OPINION

Appellant, the City of Hunters Creek Village, Texas, has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the

motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.